FILED
CLERK, U.S. DISTRICT COURT

MAR 1 3 2018

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al., | Case No. 5:16-cv-00600-JGB-DTB |
| Plaintiffs, | **SPECIAL VERDICT FORM** |
| v. | |
| ROYCE INTERNATIONAL BROADCASTING CORPORATION, et al., | |
| Defendants. | |

## SPECIAL VERDICT FORM

Ladies and gentlemen of the jury, it is now your duty to answer the questions presented in this Special Verdict Form.

I have already instructed you on the law that you are to use in answering these questions. You must follow my instructions and the form carefully. You must consider each question separately. Although you may discuss the evidence and the issues to be decided in any order, you must answer the questions on the verdict form in the order they appear. After you answer a question, the form tells you what to do next.

All of you must deliberate on and answer each question. All of you must agree on an answer before you can move on to the next question.

When you have finished filling out the form, your presiding juror must write the date and sign it at the bottom of the last page and then notify the marshal that you are ready to present your verdict in the courtroom.

# COUNT 1

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Ain't It Fun" was:

   __✓__ Willful

   _____ Non-willful

   _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

   Amount: $ **30,000**

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

   Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

   Amount: $ _____

## COUNT 2

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Animals" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing, Inc. is entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing, Inc. is entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing, Inc. is entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

3

## COUNT 3

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Doo Wop (That Thing)" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs Sony/ATV Tunes LLC and Obverse Creation Music are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs Sony/ATV Tunes LLC and Obverse Creation Music are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs Sony/ATV Tunes LLC and Obverse Creation Music are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

4

# COUNT 4

1. You must choose one of the following. Do you find that Defendants' infringement of the song "#Selfie" was:

   __✓__ Willful

   _____ Non-willful

   _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiff Nice Hair Publishing is entitled to recover from Defendants for willful infringement ($750 - $150,000)?

   Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiff Nice Hair Publishing is entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

   Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiff Nice Hair Publishing is entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

   Amount: $ _____

5

## COUNT 5

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Party Rock Anthem" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs Party Rock Music, Yeah Baby Music, and ESKAYWHY Publishing are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs Party Rock Music, Yeah Baby Music, and ESKAYWHY Publishing are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $_____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs Party Rock Music, Yeah Baby Music, and ESKAYWHY Publishing are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $_____

6

# COUNT 6

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Still Into You" was:

    ✓ Willful

    ___ Non-willful

    ___ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs WB Music Corp.; But Father, I Just Want to Sing Music; and Hunterboro Music are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

# COUNT 7

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Wifey" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs Uh Oh Entertainment, Divine Mill Music, and Fingaz Goal Music are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs Uh Oh Entertainment, Divine Mill Music, and Fingaz Goal Music are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $_____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs Uh Oh Entertainment, Divine Mill Music, and Fingaz Goal Music are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $_____

8

## COUNT 8

1. You must choose one of the following. Do you find that Defendants' infringement of the song "We Found Love" was:

    ✓ Willful

    ___ Non-willful

    ___ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiff EMI April Music Inc. is entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiff EMI April Music Inc. is entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiff EMI April Music Inc. is entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

9

## COUNT 9

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Sexy And I Know It" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiffs Hi Mom I Did It, Chebra Music, ESKAYWHY Publishing, and Yeah Baby Music are entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiffs Hi Mom I Did It, Chebra Music, ESKAYWHY Publishing, and Yeah Baby Music are entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiffs Hi Mom I Did It, Chebra Music, ESKAYWHY Publishing, and Yeah Baby Music are entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

# COUNT 10

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Sweet Nothing" was:

    __X__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing is entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing is entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiff Universal Polygram International Publishing is entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

## COUNT 11

1. You must choose one of the following. Do you find that Defendants' infringement of the song "Can't Get You Out of My Head" was:

    __✓__ Willful

    _____ Non-willful

    _____ Innocent

2. If you answered "Willful," what is the amount of statutory damages that Plaintiff Universal Music Corp. is entitled to recover from Defendants for willful infringement ($750 - $150,000)?

    Amount: $ 30,000

3. If you answered "Non-willful," what is the amount of statutory damages that Plaintiff Universal Music Corp. is entitled to recover from Defendants for non-willful infringement ($750 - $30,000)?

    Amount: $ _____

4. If you answered "Innocent," what is the amount of statutory damages that Plaintiff Universal Music Corp. is entitled to recover from Defendants for innocent infringement ($200 - $30,000)?

    Amount: $ _____

You have now completed this Special Verdict Form and should so advise the Marshal or a member of my staff. The Foreperson should sign and date the Form below:

DATED: 3/13/18     FOREPERSON: [redacted] Juror No. 4

13