JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORPORATION, et al.,<br><br>    Defendants. | Case No. 5:16-cv-00600-JGB-DTB<br><br>**JUDGMENT**<br><br>Judge: Hon. Jesus G. Bernal<br><br>**Trial Date: March 6, 2018**<br>Time: 9:00 a.m.<br>Courtroom 1 |

**WHEREAS,** in its Order Granting Plaintiffs' Motion for Partial Summary Judgment on June 21, 2017 [Dkt. 79], the Court held that Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Edward R. Stolz, II, were jointly and severally liable for infringing the rights of public performance in the copyrights in the following eleven (11) musical works, by means of unauthorized radio broadcasts:

- "Ain't It Fun," bearing Copyright Registration Number PA 1-854-435 (owned by plaintiffs WB Music Corp., But Father, I Just Want To Sing Music, and Hunterboro Music);
- "Animals," bearing Copyright Registration Number PA 1-899-929 (owned by plaintiff Universal Polygram International Publishing, Inc.);
- "Doo Wop (That Thing)," bearing Copyright Registration Number PA 1-067-046 (owned by plaintiffs Sony/ATV Tunes LLC and Obverse Creation Music);
- "#Selfie," bearing Copyright Registration Number PA 1-891-231 (owned by plaintiff Nice Hair Publishing);
- "Party Rock Anthem," bearing Copyright Registration Number PA 1-824-164 (owned by plaintiffs Party Rock Music, Yeah Baby Music, and ESKAYWHY Publishing);
- "Still Into You," bearing Copyright Registration Number PA 1-854-435 (owned by plaintiffs WB Music Corp., But Father, I Just Want To Sing Music, and Hunterboro Music);
- "Wifey," bearing Copyright Registration Number PA 980-886 (owned by plaintiffs Uh Oh Entertainment, Divine Mill Music, and Fingaz Goal Music);
- "We Found Love," bearing Copyright Registration Number PA 1-879-462 (owned by plaintiff EMI April Music Inc.);
- "Sexy And I Know It," bearing Copyright Registration Number PA 1-824-164 (owned by plaintiffs Hi Mom I Did It, Chebra Music, ESKAYWHY Publishing, and Yeah Baby Music);
- "Sweet Nothing," bearing Copyright Registration Number PA 1-825-020 (owned by plaintiff Universal Polygram International Publishing); and
- "Can't Get You Out Of My Head," bearing Copyright Registration Number PA 1-136-727 (owned by plaintiff Universal Music Corp.).

**WHEREAS,** on March 13, 2018, a jury determined that each of Defendants' 11 acts of infringement were willful, and awarded Plaintiffs statutory damages totaling $330,000.00, calculated as $30,000.00 per infringement [Dkt. 164];

**WHEREAS,** on May 7, 2018, the Court entered a permanent injunction prohibiting Defendants from publicly performing, or causing or permitting to be publicly performed, any copyrighted musical composition owned by Plaintiffs or any musical composition in the repertory of the American Society of Composers, Authors and Publishers ("ASCAP") without first obtaining proper authorization to do so, either directly from the copyright owners or by license from ASCAP, as their duly authorized nonexclusive licensing representative [Dkt. 187];

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to 17 U.S.C. § 504(c), Plaintiffs shall recover $330,000 in statutory damages from Defendants, jointly and severally;

2. Plaintiffs are entitled to interest on the full amount of the judgment calculated from the date of entry of this Judgment; and

3. Pursuant to 17 U.S.C. § 502, Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, are permanently enjoined from publicly performing, or causing or permitting to be publicly performed, any copyrighted musical composition owned by Plaintiffs or any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, ASCAP, via radio broadcast on any radio station owned, operated, managed, and/or controlled by the Defendants, or via any other means of transmission to the public, without first obtaining proper authorization to do so, either directly from the copyright owners or by license from

ASCAP, as their duly authorized nonexclusive licensing representative.

**IT IS SO ORDERED**.

Dated: May 22, 2018

THE HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE