FRED D. HEATHER - State Bar No. 110650
fheather@glaserweil.com
RORY S. MILLER - State Bar No. 238780
rmiller@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:  (310) 556-2920

[Proposed] Attorneys for
Court-Appointed Receiver
W. Lawrence Patrick

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP. et al., | CASE NO.: 5:16-cv-00600-JGB (SPx) |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **ORDER ON RECEIVER W. LAWRENCE PATRICK'S EMERGENCY *EX PARTE* APPLICATION FOR:** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | |
| Defendants. | **(1) ORDER TO SHOW CAUSE RE: DEFENDANTS ONGOING REFUSAL TO COMPLY WITH EXECUTION OF JUDGMENT AND INTERFERENCE WITH RECEIVER'S DUTIES; AND** |
| | **(2) AUTHORITY TO APPOINT RECEIVER'S COUNSEL.** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered Receiver W. Lawrence Patrick's *ex parte* application, any opposition documents, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

On **August 17, 2020**, at **9:00 a.m.**, defendant Edward Stolz and his attorney:

(1) appear in person before the Court and show cause why Mr. Stolz should not be held in contempt of court and jailed and/or fined daily until he agrees to fully and non-evasively comply with Mr. Patrick;

(2) bring with them true and correct copies of certain contracts:

    (a) any property deeds, land leases, colocation agreements, or other similar contracts governing any office, studio, or transmission tower used by Defendants' radio stations;

    (b) all contracts for marketing support, programming, and other normal course of business activities for each radio station;

(3) bring with them true and correct copies of the last three months' statements from each and every bank account that he, or any of the defendants, controls or has access to, as well as the federal tax identification numbers and most recent payroll records for each of the radio stations; and

(4) bring with them all copies of keys to any station facility, including, but not limited to, any office, studio, or transmission tower operated by any of the radio stations.

///
///
///
///
///
///
///

**IT IS HEREBY FURTHER ORDERED THAT:**

The Receivership is authorized to retain counsel from Glaser, Weil, Fink, Howard, Avchen & Shapiro, LLP in order to assist with securing Mr. Stolz's compliance with the Receiver, as well as for other such purposes that the Receiver determines are reasonably necessary to further the interests of the Receivership.

**IT IS SO ORDERED.**

DATED: August 4, 2020     By: _____
Hon. Jesus G. Bernal
United States District Judge