FRED D. HEATHER - State Bar No. 110650
fheather@glaserweil.com
RORY S. MILLER - State Bar No. 238780
rmiller@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

cc: USM - ED

[Proposed] Attorneys for
Court-Appointed Receiver
W. Lawrence Patrick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP. et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., et al.,<br><br>　　　　　Defendants. | CASE NO.: 5:16-cv-00600-JGB (SPx)<br><br>Hon. Jesus G. Bernal<br><br>**ORDER DECLARING DEFENDANT EDWARD STOLZ IN CONTEMPT OF COURT AND IMPOSING SANCTIONS**<br><br>**ORDER TO SELF-SURRENDER BY 12 NOON ON SEPTEMBER 11, 2020** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The Court, having considered Receiver W. Lawrence Patrick's *ex parte* application, the facts and discussion held during the August 17, 2020 hearing on the Order to Show Cause, and the Receiver's Report Regarding Edward Stolz's Failure to Comply with Court Orders, and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

Defendant Edward Stolz is hereby found in contempt of court for his repeated, willful, and intentional violations of the Court's orders, including *inter alia,* the Court's July 6, 2020 Order Appointing Receiver (docket no. 284), the Court's August 4, 2020 Order to Show Cause (docket no. 287), and the Court's directions on the record at the August 17, 2020 hearing.

As a consequence of this contempt of court, the Court orders that Stolz shall be jailed until he fully complies with the Court's orders identified above.  **Stolz is hereby ordered to surrender himself to the United States Marshals Service office located at the George E. Brown, Jr. Federal Building, Room G-122, 3470 Twelfth St., Riverside, CA 92501 no later than September 11, 2020 at 12:00 p.m.**  If Stolz fails to surrender himself on or before this date, the Court shall issue a bench warrant for his arrest without further notice.

Compliance with the Court's orders identified above will include, at a minimum, Stolz securing and delivering to counsel for the Receiver:

  (a) all property deeds, land leases, colocation agreements, or other similar contracts governing any office, studio, or transmission tower used by Defendants' radio stations;

  (b) all contracts for marketing support, programming, and other normal course of business activities for each radio station;

  (c) the last three months' statements from each and every bank account that he, or any of the defendants, controls or has access to;

  (d) the federal tax identification numbers for each radio station;

(e) the most recent payroll records for each of the radio stations; and

(f) all copies of keys to any station facility, including, but not limited to, any office, studio, or transmission tower operated by any of the radio stations.

**IT IS HEREBY FURTHER ORDERED THAT:**

Defendant Edward Stolz is hereby sanctioned in the amount of $5,000 to compensate the Receiver for his costs incurred in these contempt proceedings, including, but not limited to, his travel costs, conference room rental costs for the Order to Show Cause hearing, and his attorneys' fees incurred as a result of Stolz's misconduct. Payment of these sanctions shall be a precondition for the release of Stolz from custody.

**IT IS SO ORDERED.**

DATED: September 2, 2020      By: _____
                                  Hon. Jesus G. Bernal
                                  United States District Judge