UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 2 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| WB MUSIC CORP.; et al., Plaintiffs-Appellees, v. EDWARD R STOLZ, Esquire, Defendant-Appellant. | No. 18-55835<br>18-55956<br>18-56098<br><br>D.C. No.<br>5:16-cv-00600-JGB-DTB<br>Central District of California, Riverside<br><br>ORDER |
|---|---|

Before: SCHROEDER, TROTT, and SILVERMAN, Circuit Judges.

Appellees are awarded attorney's fees on appeal. The determination of an appropriate amount of fees on appeal is referred to the court's special master, Appellate Commissioner Peter L. Shaw, who shall conduct whatever proceedings he deems appropriate, and who shall have authority to enter an order awarding fees. See 9th Cir. R. 39-1.9. The order is subject to reconsideration by the panel. Id.