cc: USM - ED
cc: USM - LA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 16-cv-00600 JGB (SPx) | Date | January 28, 2021 |
| Title | *WB Music Corp. et al. v. Royce International Broadcasting Corporation et al.* | | |

Present: The Honorable    JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Phyllis A. Preston |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

Sharon Douglas Mayo
Rory S. Miller for Receiver                                       Dariush G. Adli
Fred Heather, for Receiver                                        Dan J. Alpert
Dawn Sciarrino, FCC

**Proceedings:** Order GRANTING-IN-PART AND DENYING-IN-PART Receiver's Ex Parte Application for Contempt (Dkt. No. 349) (Telephonic Hearing)

Before the Court is the Ex Parte Application for Contempt against Defendant Edward Stolz ("Mr. Stolz") filed by court-appointed receiver W. Lawrence Patrick (the "Receiver"). ("Application," Dkt. No. 349.) After considering the papers filed in support of and in opposition to the Application and argument at a hearing on January 28, 2021, the Court GRANTS-IN-PART and DENIES-IN-PART the Application.

For the reasons stated on the record on January 28, 2021, the Court finds Mr. Stolz in contempt of its order on July 6, 2020, authorizing the Receiver to "take charge of and manage Defendants' Radio Stations' assets, businesses, and affairs; . . . to take and keep possession of Defendants' Radio Stations' assets; to receive rents, and collect accounts receivable and other debts; to take all steps necessary to operate and manage Defendants' Radio Stations . . . and to do all other acts which may be necessary and proper to operate and manage the stations." ("July 2020 Order," Dkt. No. 284, at 1.)

Mr. Stolz is ordered to self-surrender to the custody of the U.S. Marshal located at 3470 12th St., Riverside, CA, no later than 12:00 p.m. on Tuesday, February 2, 2021 unless he complies with the following:

1. Deliver to the Receiver all banking records, account numbers, and other financial documents relating to the operation of his radio stations (the "stations").

2. Provide the contact information for the company that hosts the websites of the stations.

3. Account for and relinquish all revenue funds intended for use of the stations and identify all third-party vendors who may be paying the stations' expenses.

4. Refrain from instructing the stations' employees not to cooperate with the Receiver.

5. Provide any office keys not yet provided to the Receiver, including for the studio/office building for KREV-FM, Alameda, CA.

If Mr. Stolz fails to comply and does not surrender as ordered, a warrant will be issued for his arrest.

**IT IS SO ORDERED.**