UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP, et al.,<br><br>Defendants. | Case No. EDCV 5:16-CV-00600-JGB (SPx)<br><br>**ORDER REGARDING IMPOSITION OF FINE UPON FINDING OF CONTEMPT AND NONCOMPLIANCE ON DEFENDANT ED STOLZ** |

On January 28, 2021, this Court ordered Defendant Ed Stolz ("Stolz") to comply with its orders in full or to surrender himself to the custody of the U.S. Marshals by February 2, 2021. ("Contempt Order," Dkt. No. 363.) Stolz did not surrender. On February 2, 2021, this court issued a warrant for Stolz's arrest. (Dkt. No. 368.) Stolz is now a fugitive from justice.

Stolz continues to fail to comply with this Court's Orders. Specifically, he has failed to sign operational control of the bank accounts belonging to the radio stations at issue over to the Receiver and to provide the Receiver with all financial paperwork necessary for the Receiver to run the stations, including identifying information regarding past accountants and copies of the stations' 2019 federal and state tax returns. ("Receiver's Opposition," Dkt. No. 373.)

This Court has the power to enforce its orders by fine, imprisonment, or both. 18 U.S.C. § 401. That power includes the power to set and enforce deadlines with financial penalties for noncompliance. *See, e.g.,* F.T.C. v. Verity Int'l, Ltd., 140 F. Supp. 2d 313, 318–19 (S.D.N.Y. 2001) (enforcing deadline against

1  contemnor with escalating fees).  The Court therefore fines Stolz $10,000 for each
2  day he does not surrender, beginning from the date this order issues.

Dated: February 17, 2021

_____
THE HONORABLE JESUS G. BERNAL
United States District Judge