TUCKER ELLIS LLP
Daniel J. Kelly - SBN 145088
daniel.kelly@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA 94105
Telephone:     415.617.2400
Facsimile:      415.617.2409

Attorneys for Judgment Lienholder
BELLAIRE TOWER HOMEOWNERS ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| WB MUSIC CORP. et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORPORATION, et al.<br><br>　　　　　Defendants. | Case No. 5:16-cv-00600-JGB-SP<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL J. KELLY RE BELLAIRE OWNERSHIP OF ANTENNA STRUCTURE** |

I, Daniel J. Kelly, hereby declare as follows:

1.　　I am an attorney at law licensed to practice before all of the courts of the State of California and this Court.  I am partner in the law firm of Tucker Ellis LLP, attorneys for Judgment Lienholder/interested party Bellaire Tower Homeowners Association ("Bellaire").  I make this supplemental declaration in support of the Receiver's Report Re: Stolz Perjury and Contempt [Document 400] and in reply to Defendants' Response to Receiver's Report Re: Stolz Perjury and Contempt [Document 404] that includes Edward Stolz's ("Stolz") "up to date responses" and republishes Mr. Stolz's prior response to the Court's request for information Item 10 with respect to the Bellaire judgment, without change.

2. Mr. Stolz has failed to correct his prior false statements under oath with respect to the Bellaire judgment and apparently still falsely asserts that defendant Golden State Broadcasting LLC ("Golden State") has an ownership or other interest in the rooftop antenna tower located on the top of the Bellaire Tower located at 1101 Green Street, San Francisco, California.

3. Archive information available on FCCInfo.com, a service of Cavell, Mertz & Associates, Inc., reflects that the Building with Mast [BMAST] antenna structure [Structure Registration Number 1024038] was built on February 1, 1962 and that KREV (FM)'s Construction Permit application for this location was granted on January 21, 2011. A true and correct copy of the FCCInfo Results is attached as Exhibit A and incorporated by reference.

4. On June 23, 2014, the FCC issued an Antenna Structure Registration [ASR] for BMAST Antenna Structure Number 1024038 reflecting that Bellaire was the owner. A true and correct copy of the ASR is attached as Exhibit B and incorporated by reference.

5. FCC records reflect that it sent its written Notice of Antenna Structure Registration Change of Ownership to Mr. Stolz on or about June 24, 2014. A true and correct copy of the FCC notice is attached as Exhibit C and incorporated by reference.

6. I have represented Bellaire with respect to its litigation against Golden State since October 9, 2012. I am not aware of any response by Mr. Stolz or Golden State to the ASR ownership registration change or any claim or threatened litigation by Mr. Stolz or Golden State in the more than six (6) years since judgment was entered in favor of Bellaire and against by Golden State.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the forgoing is true and correct.

Executed on March 8, 2021 at Mill Valley, California.

_____
Daniel J. Kelly

# CERTIFICATE OF SERVICE

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b).  I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 201 Mission Street, Suite 2310, San Francisco, CA 94105.

I hereby certify that on March 8, 2021, I electronically filed the document(s) entitled **SUPPLEMENTAL DECLARATION OF DANIEL J. KELLY RE BELLAIRE OWNERSHIP OF ANTENNA STRUCTURE** with Court and served said document(s) in the following manner:

**(X)   By Court Via Notice of Electronic Filing (NEF):** The document(s) was served by the court via NEF and hyperlink to the document.

I declare under penalty of perjury that I am a member admitted to practice before the District Court for the Central District of California and ECF registered in this Court and that the foregoing is true and correct.

Executed on March 8, 2021 at Mill Valley, California.

By  */s/   Daniel J. Kelly*
      Daniel J. Kelly

Cavell, Mertz & Associates, Inc.

## FCCInfo.com

A Service of Cavell, Mertz & Associates, Inc.
(855) FCC-INFO

[FCCInfo on Google Earth](#)
[FAQ](#)
[Privacy Statement](#)
[Disclaimer](#)
[About Cavell, Mertz & Associates, Inc.](#)

| | KREV(FM) | 92.7 MHz | Alameda, CA |
|---|---|---|---|
| [New Search]  [Search Results] | **Call Sign History**<br>KREV from 09/11/2009<br>KNGY from 10/13/2004<br>KBTB from 05/26/2004<br>KPTI from 05/15/2002<br>KXJO from 02/15/1999<br>KZSF-FM from 01/20/1998<br>KZSF from 03/20/1995<br>KJAZ-FM from 12/09/1994<br>KJAZ from ??? | | [Map It] |

License
CP
Application
Allocation

KREV Channel: 224A 92.7 MHz
[Alameda, California](#)
Service: FS - A full service FM station auxiliary transmitting antenna or application.
Facility ID: [36029](#)
Fac. Service: FM
KREV License Expires: 12/01/2013

Status: Construction Permit
Application Accepted: 01/18/2011
Application Granted: 01/21/2011
File Number: BXPH-20101216ABO
CP Expires: 01/21/2014
KREV License Expires: 12/01/2013
Prefix Type: This is BXPH
Application Type: Auxiliary Permit
FCC Web Links:
  [This Application](#)
  [Other KREV Applications](#)
  [Including Superseded Applications](#)
BIA Web Link: [Market Information](#)
Facility Type: FM STATION
Class: A, A Zone I; I-A; or II station; with 0.1kW-6kW ERP and a class contour distance <=28km

Site Location: 37-47-54.0 N 122-24-59.0 W (**NAD 27**)
Site Location: 37-47-53.7 N 122-25-02.9 W (Converted to **NAD 83**)
Effective Radiated Power: 0.18 kW
Antenna Center HAAT: 122.1 m
Antenna Center AMSL: 146.1 m
Antenna Center HAG: 61.4 m

Calculated Site Elevation: 84.7 m. Height Overall*: 72.8 m.
(* As Filed In This Application, may differ from ASR Data, Below.)

**EXHIBIT A**

| | | |
|---|---|---|
| | Omni-Directional Antenna<br>Antenna Make/Model: None<br>Antenna ID: 0 Polarization: | |
| **Structure Information** | **KREV(FM) Licensee Information** | **BXPH-20101216ABO Applicant Information** |
| Structure Registration Number 1024038<br><br>Structure Type: Structure Type: BMAST<br>Registered To:<br>Golden State Broadcasting, LLC<br>Structure Address:<br>1101 Green St At Leavenworth<br>San Francisco, CA<br>ASR Issued: 09/14/2010<br>Date Built: 02/01/1962<br>Site Elevation: 84.7m.<br>Structure Height: 62m.<br>Height Overall: 72.8m.<br>Overall Height AMSL: 157.5m.<br>FAA Determination: 05/28/1997<br>Paint & Light FAA Chapters: NONE<br>37-47-54.0 N 122-25-03.0 W<br>(**NAD 83**)<br>37-47-54.3 N 122-24-59.1 W<br>(Converted to **NAD 27**) | GOLDEN STATE BROADCASTING LLC<br>73733 Fred Waring Drive<br>Suite 201<br>Palm Desert, CA 92260<br>Phone: 760-883-5850<br>Licensee | (As of 2011, date of this Application)<br><br>EDWARD R. STOLZ, II<br>Title: President<br>Date: 12/16/2010<br>Application Certifier<br><br>ROY P. STYPE, III<br>P. O. Box 807<br>2324 North Cleveland-massillon Road<br>Bath, OH 44210-0807<br>Phone: 330-659-4440<br>Title: Consulting Engineer<br>Date: 12/16/2010<br>Certifying Engineer<br><br>BRUCE A. OLCOTT<br>Squire, Sanders & Dempsey L.l.p.<br>1201 Pennsylvania Avenue N.w.<br>Washington, DC 20004<br>Phone: 202-626-6615<br>E-Mail: bolcott@ssd.com<br>Contact Representative<br><br>GOLDEN STATE BROADCASTING LLC<br>73733 Fred Waring Drive, Suite 201<br>Palm Desert, CA 92260<br>Phone: 916-367-8021<br>E-Mail: edward@krck.com<br>Applicant |
| **Associated Land Mobile Licenses**<br><br>(No Records Found) | | **Associated Microwave Licenses**<br><br>(No Records Found) |

Study Date: 10/30/2013; Study Duration: 0.0035 Seconds.
Database Sources: 10/30/2013 FCC CDBS,
10/29/2013 FCC ASR,
10/29/2013 FCC ULS Microwave, and
10/29/2013 FCC ULS Broadcast Land Mobile.

© 2013 Cavell Mertz & Associates, Inc.
Manassas, Virginia

**EXHIBIT A**

 

**UNITED STATES OF AMERICA**
**FEDERAL COMMUNICATIONS COMMISSION**
**ANTENNA STRUCTURE REGISTRATION**

OWNER:  Bellaire Tower Homeowners Association

FCC Registration Number (FRN):  0023744410

| | |
|---|---|
| ATTN: Niels L. Pearson<br>Bellaire Tower Homeowners Association<br>1101 Green St.<br>Apt. 1304<br>San Francisco, CA 94109 | **Antenna Structure Registration Number**<br>1024038 |
| | **Issue Date**<br>06/23/2014 |
| **Location of Antenna Structure**<br>1101 GREEN ST AT LEAVENWORTH<br>SAN FRANCISCO, CA 94109<br><br>**County:** SAN FRANCISCO | **Ground Elevation (AMSL)**<br><br>84.7  meters |
| | **Overall Height Above Ground (AGL)**<br><br>72.8  meters |
| **Latitude**       **Longitude**<br>37- 47- 54.0 N     122- 25- 03.0 W       NAD83 | **Overall Height Above Mean Sea Level (AMSL)**<br><br>157.5  meters |
| **Center of Array Coordinates**<br>N/A | **Type of Structure**<br>BMAST<br>**Building with Mast** |

**Painting and Lighting Requirements:**
FAA Chapters NONE




**Conditions:**

This registration is effective upon completion of the described antenna structure and notification to the Commission.  **YOU MUST NOTIFY THE COMMISSION WITHIN 24 HOURS OF COMPLETION OF CONSTRUCTION OR CANCELLATION OF YOUR PROJECT, please file FCC Form 854.**  To file electronically, connect to the antenna structure registration system by pointing your web browser to http://wireless.fcc.gov/antenna.  Electronic filing is recommended.  You may also file manually by submitting a paper copy of FCC Form 854.  Use purpose code "NT" for notification of completion of construction; use purpose code "CA" to cancel your registration.

The Antenna Structure Registration is not an authorization to construct radio facilities or transmit radio signals.  It is necessary that all radio equipment on this structure be covered by a valid FCC license or construction permit.

**You must immediately provide a copy of this Registration to all tenant licensees and permittees sited on the structure described on this Registration (although not required, you may want to use Certified Mail to obtain proof of receipt), and *display* your Registration Number at the site.  See reverse for important information about the Commission's Antenna Structure Registration rules.**

Page 1 of  2

FCC 854R

**EXHIBIT B**

You must comply with all applicable FCC obstruction marking and lighting requirements, as set forth in Part 17 of the Commission's Rules (47 C.F.R. Part 17). These rules include, but are not limited to:

**Posting the Registration Number:** The Antenna Structure Registration Number must be displayed in a conspicuous place so that it is readily visible near the base of the antenna structure. Materials used to display the Registration Number must be weather-resistant and of sufficient size to be easily seen at the base of the antenna structure. Exceptions exist for certain historic structures. See 47 C.F.R. 17.4(g)-(h).

**Inspecting lights and equipment:** The obstruction lighting must be observed at least every 24 hours in order to detect any outages or malfunctions. Lighting equipment, indicators, and associated devices must be inspected at least once every three months.

**Reporting outages and malfunctions:** When any top steady-burning light or a flashing light (in any position) burns out or malfunctions, the outage must be reported to the nearest FAA Flight Service Station, unless corrected within 30 minutes. The FAA must again be notified when the light is restored. The owner must also maintain a log of these outages and malfunctions.

**Maintaining assigned painting:** The antenna structure must be repainted as often as necessary to maintain good visibility.

**Complying with environmental rules:** If you certified that grant of this registration would not have a significant environmental impact, you must nevertheless maintain all pertinent records and be ready to provide documentation supporting this certification and compliance with the rules, in the event that such information is requested by the Commission pursuant to 47 C.F.R. 1.1307(d).

**Updating information:** The owner must notify the FCC of proposed modifications to this structure; of any change in ownership; or, within 30 days of dismantlement of the structure.

You can find additional information at *[insert link]* or by calling (877) 480-3201 (TTY 717-338-2824).

# Federal Communications Commission
## Wireless Telecommunications Bureau
### 1270 Fairfield Road
### Gettysburg, PA 17325-7245

## NOTICE OF ANTENNA STRUCTURE REGISTRATION CHANGE OF OWNERSHIP

ATTN: MR. EDWRAD STOLZ  
GOLDEN STATE BROADCASTING, LLC  
400 SECOND STREET, THIRD FLOOR  
SAN FRANCISCO, CA 94107

Date: 06-24-2014  
Reference No.: 0805344

Re: GOLDEN STATE BROADCASTING, LLC

The Commission recently processed an application to change the ownership for the antenna structure listed below. This antenna structure was previously registered under your name, and has been MODIFIED to reflect a change of ownership. Therefore, you are no longer listed as the owner on this antenna structure registration.

| Registration No. | NAD 83 Coordinates | Overall Height (AGL) |
|---|---|---|
| 1024038 | 37-47-54.0 N  122-25-03.0 W | 72.8  meters |

| Location | City | State |
|---|---|---|
| 1101 GREEN ST AT LEAVENWORTH | SAN FRANCISCO | CA |

If you believe an error has occurred, please notify the Commission immediately in writing. Correspondence should include a copy of this notice and be mailed to the address on the letterhead. Overnight couriers and hand deliveries should be sent to Federal Communications Commission, 1280 Fairfield Road, Gettysburg, PA 17325.

For additional information or assistance, you may visit the website at http://wireless.fcc.gov/antenna. You may also call the FCC at (877) 480-3201 (TTY 717-338-2824). To provide quality service and ensure security, all telephone calls are recorded.

# EXHIBIT C

Page 1 of 1

FCC 684  
November 2007