UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., et al.,<br><br>    Defendants. | Case No: 5:16-cv-00600-JGB(SPx)<br><br>**[PROPOSED] ORDER GRANTING SECOND MOTION FOR POST-JUDGMENT COSTS AND FEES** |

**[PROPOSED] ORDER GRANTING SECOND MOTION FOR POST-JUDGMENT COSTS & FEES**

# ORDER

The second motion of Plaintiffs WB Music Corp., But Father I Just Want to Sing Music, Hunterboro Music, Universal Polygram International Publishing, Inc., Sony ATV Tunes LLC, Obverse Creation Music, Nice Hair Publishing, Party Rock Music, Yeah Baby Music, Eskaywhy Publishing, Uh Oh Entertainment, Divine Mill Music, Fingaz Goal Music, EMI April Music Inc., Hi Mom I Did It, Chebra Music, and Universal Music Corp. for attorneys' fees and costs pursuant to Section 505 of the Copyright Act (17 U.S.C. § 505), Rule 69(a)(1) of the Federal Rules of Civil Procedure, and Sections 685.040, 685.070 and 685.080 of the California Code of Civil Procedure came on for hearing before the Honorable Jesus G. Bernal on May 10, 2021, at 9:00 a.m. in Courtroom 1 of the above-captioned Court. The Court, having considered all papers supporting and opposing the motion and arguments of counsel, hereby makes the following ruling:

IT IS HEREBY ORDERED THAT:

Plaintiffs are awarded attorneys' fees in the amount of $107,523.20 and non-taxable costs in the amount of $308.66 from Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, Silver State Broadcasting LLC, Golden State Broadcasting LLC, and Edward R. Stolz, II.

Dated: _____     _____
Hon. Jesus G. Bernal
United States District Court
Central District of California

**[PROPOSED] ORDER GRANTING SECOND MOTION FOR POST-JUDGMENT COSTS & FEES**