SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone: (415) 471-3100
Facsimile:  (415) 471-3400

LAURA E. WATSON (SBN 317155)
laura.watson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

JACKSON WAGENER (*pro hac vice*)
jwagener@ascap.com
American Society of Composers, Authors and Publishers
250 West 57th Street
New York, NY 10107
Telephone: (212) 621-6018
Facsimile:  (212) 787-1381

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| W.B. MUSIC CORP., et al.,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORPORATION, et al.,<br><br>　　　Defendants. | Case No.  5:16-cv-00600-JGB(SPx)<br><br>**CERTIFICATE OF SERVICE**<br><br>**Jury Verdict:  March 13, 2018**<br><br>Hearing Date:　May 10, 2021<br>Time:　　　　　9:00 a.m.<br>Judge:　　　　　Hon. Jesus G. Bernal<br>Courtroom:　　　1 |

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing documents with the Clerk of the Court for the United States District Court for the Central District of California by using the CM/ECF system on April 9, 2021:

1. **NOTICE OF MOTION AND SECOND MOTION FOR POST-JUDGMENT COSTS AND FEES; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT;**

2. **DECLARATION OF SHARON D. MAYO IN SUPPORT OF SECOND MOTION FOR POST-JUDGMENT COSTS AND FEES;**

3. **DECLARATION OF JACKSON WAGENER IN SUPPORT OF SECOND MOTION FOR POST-JUDGMENT COSTS AND FEES;**

4. **[PROPOSED] ORDER GRANTING SECOND MOTION FOR POST-JUDGMENT COSTS AND FEES**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF System.

I certify under penalty of perjury that the foregoing is true and correct. Executed April 9, 2021 at San Francisco, California.

Date: April 9, 2021          By:   */s/ Sharon D. Mayo*
                                        Sharon D. Mayo