SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

*Attorneys for Plaintiffs*

DARIUSH G. ADLI (SBN 204959)
adli@adlilaw.com
ADLI LAW GROUP, P.C.
12400 Wilshire Blvd. Ste.1460
Los Angeles, CA 90025
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., et al.,<br><br>　　　Defendants. | Case No: 5:16-cv-00600-JGB(SPx)<br><br>**STIPULATION TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT** |

**WHEREAS**, an Amended Judgment was entered against Defendants Royce International Broadcasting Corp., *et al.*, in this matter on August 6, 2018 (Dkt. 209);

**WHEREAS**, on October 29, 2020, the Court ordered Defendants to deposit with the Court by November 17, 2020 "the amount satisfying the Amended Judgment and interest accrued as of October 13, 2020" (Dkt. 327);

**WHEREAS**, on or around November 9, 2020, the Court received payment of $1,301,523.16 (the "Original Deposit") from defendant Edward R. Stolz, II (Dkt. 333), representing an amount sufficient to satisfy the Amended Judgment and interest accrued as of October 13, 2020;

**WHEREAS**, a Second Amended Judgment was entered against Defendants in this matter on January 13, 2021 (Dkt. 350);

**WHEREAS**, on January 14, 2021, the Court ordered Defendants to deposit with the Court "the amount satisfying the Second Amended Judgment" (Dkt. 352);

**WHEREAS**, on or around February 3, 2021, the Court received payment of $384,150.00 (together, with the Original Deposit, the "Deposited Funds") from defendant Stolz (Dkt. 367), representing an amount sufficient to satisfy the Second Amended Judgment;

**NOW, THEREFORE**, Defendants and Plaintiffs, through their undersigned counsel, respectfully request that the Court enter an order providing that the Deposited Funds in the amount of $1,685,673.16 shall be released by the Court and paid by check, payable to "WB Music Corp., et al."  The check shall be mailed by the Court to Plaintiffs' Counsel at the following address by no later than June 15, 2021:

> ASCAP
> 250 West 57th Street
> New York, New York 10107
> ATTN: Jackson Wagener

Dated:  April 29, 2021

| | |
|---|---|
| By: */s/ Sharon D. Mayo* <br> Sharon D. Mayo <br><br> ARNOLD & PORTER KAYE SCHOLER LLP <br><br> *Attorneys for Plaintiffs* | By: */s/ Dariush G. Adli* <br> Dariush G. Adli <br><br> ADLI LAW GROUP, P.C. <br><br> *Attorneys for Defendants* |

# SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4, I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: April 29, 2021                    ARNOLD & PORTER KAYE SCHOLER LLP


                                         */s/ Sharon D. Mayo*
                                         Sharon D. Mayo

# CERTIFICATE OF SERVICE

I am over eighteen years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California 90017-5844.

I hereby certify that on **April 29, 2021** I electronically filed the documents entitled:

- **STIPULATION TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT; AND**

- **[PROPOSED] ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT**

with the Clerk of the Court using the CM/ECF system and said document was served in the manner stated below:

☑ **By Court Via Notice of Electronic Filing (NEF)**: The document(s) was served by the court via NEF and hyperlink to the document. On **April 29, 2021**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed below is/are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

| | |
|---|---|
| Dariush G. Adli | adli@adlilaw.com |
| Drew Harris Sherman | drew.sherman@adlilaw.com |
| Fred D. Heather | fheather@glaserweil.com |
| Rory S. Miller | rmiller@glaserweil.com |

☑ **Federal**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: April 29, 2021          Signature: *Rebecca McNew*
                                          Rebecca McNew