cc: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>ROYCE INTERNATIONAL<br>BROADCASTING CORP., et al.,<br><br>    Defendants. | Case No: 5:16-cv-00600-JGB(SPx)<br><br>**ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT** |

# ORDER

Pursuant to the parties' stipulation, the Court hereby ORDERS as follows:

The amount of $1,685,673.16 deposited with the Court in this action shall be released by the Court and paid by check, payable to "WB Music Corp., et al." The check shall be mailed by the Court to Plaintiffs' Counsel at the following address by no later than June 15, 2021:

>  ASCAP
>  250 West 57th Street
>  New York, New York 10107
>  Attn: Jackson Wagener

IT IS SO ORDERED.

Dated: May 5, 2021

By: _____
HON. JESUS G. BERNAL
United States District Judge

ORDER TO RELEASE AND
PAY FUNDS DEPOSITED WITH THE COURT