cc: FISCAL

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>　　Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORPORATION, et al.,<br><br>　　Defendants. | Case No. 5:16-cv-00600-JGB-SP<br><br>**THIRD AMENDED JUDGMENT**<br><br>Judge: Hon. Jesus G. Bernal<br><br>**Trial Date: March 6, 2018**<br>Time: 9:00 a.m.<br>Courtroom 1 |

**WHEREAS,** in its Order Granting Plaintiffs' Motion for Partial Summary Judgment on June 21, 2017 [Dkt. 79], the Court held that Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Edward R. Stolz, II, were jointly and severally liable for infringing the rights of public performance in the copyrights in the following eleven (11) musical works, by means of unauthorized radio broadcasts:

- "Ain't It Fun," bearing Copyright Registration Number PA 1-854-435 (owned by plaintiffs WB Music Corp., But Father, I Just Want To Sing Music, and Hunterboro Music);
- "Animals," bearing Copyright Registration Number PA 1-899-929 (owned by plaintiff Universal Polygram International Publishing, Inc.);
- "Doo Wop (That Thing)," bearing Copyright Registration Number PA 1-067-046 (owned by plaintiffs Sony/ATV Tunes LLC and Obverse Creation Music);
- "#Selfie," bearing Copyright Registration Number PA 1-891-231 (owned by plaintiff Nice Hair Publishing);
- "Party Rock Anthem," bearing Copyright Registration Number PA 1-824-164 (owned by plaintiffs Party Rock Music, Yeah Baby Music, and ESKAYWHY Publishing);
- "Still Into You," bearing Copyright Registration Number PA 1-854-435 (owned by plaintiffs WB Music Corp., But Father, I Just Want To Sing Music, and Hunterboro Music);
- "Wifey," bearing Copyright Registration Number PA 980-886 (owned by plaintiffs Uh Oh Entertainment, Divine Mill Music, and Fingaz Goal Music);
- "We Found Love," bearing Copyright Registration Number PA 1-879-462 (owned by plaintiff EMI April Music Inc.);
- "Sexy And I Know It," bearing Copyright Registration Number PA 1-824-164 (owned by plaintiffs Hi Mom I Did It, Chebra Music, ESKAYWHY Publishing, and Yeah Baby Music);
- "Sweet Nothing," bearing Copyright Registration Number PA 1-825-020 (owned by plaintiff Universal Polygram International Publishing); and
- "Can't Get You Out Of My Head," bearing Copyright Registration Number PA 1-136-727 (owned by plaintiff Universal Music Corp.).

| | |
|---|---|
| 1 | **WHEREAS,** on March 13, 2018, a jury determined that each of Defendants' |
| 2 | 11 acts of infringement were willful, and awarded Plaintiffs statutory damages |
| 3 | totaling $330,000.00, calculated as $30,000.00 per infringement [Dkt. 164]; |
| 4 | **WHEREAS,** on May 7, 2018, the Court entered a permanent injunction |
| 5 | prohibiting Defendants from publicly performing, or causing or permitting to be |
| 6 | publicly performed, any copyrighted musical composition owned by Plaintiffs or any |
| 7 | musical composition in the repertory of the American Society of Composers, Authors |
| 8 | and Publishers ("ASCAP") without first obtaining proper authorization to do so, |
| 9 | either directly from the copyright owners or by license from ASCAP, as their duly |
| 10 | authorized nonexclusive licensing representative [Dkt. 187]; |
| 11 | **WHEREAS**, on July 9, 2018, the Court granted Plaintiffs' motion for |
| 12 | attorneys' fees pursuant to 17 U.S.C. § 505 and awarded Plaintiffs $864,278.75 in |
| 13 | attorneys' fees and $43,333.34 in non-taxable costs from Defendants [Dkt. 200]; |
| 14 | **WHEREAS**, on July 24, 2018, the Clerk of Court taxed costs against |
| 15 | Defendants pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54, and L.R. 54-1 through |
| 16 | 54-3, in the amount of $11,951.37 [Dkt. 207]; |
| 17 | **WHEREAS**, on August 6, 2018, the Court entered an Amended Judgment, |
| 18 | granting Plaintiffs $330,000 in statutory damages, $864,278.75 in attorneys' fees, |
| 19 | $43,333.34 in non-taxable costs, and $11,951.37 in taxable costs, in addition to |
| 20 | interest on the full amount of the judgment calculated from the date of the Amended |
| 21 | Judgment [Dkt. No. 209]; |
| 22 | **WHEREAS**, on March 22, 2019, the Court granted Plaintiffs' motion to |
| 23 | compel and request for sanctions of $8,308.35 pursuant to Fed. R. Civ. P. 37(a)(5) |
| 24 | against Defendants [Dkt. 230]; |
| 25 | **WHEREAS**, on July 18, 2019, the Court granted Plaintiffs' motion for order |
| 26 | of contempt and awarded sanctions of $9,207.45 pursuant to Fed. R. Civ. P. 37(a)(5) |
| 27 | against Defendants [Dkt. 252]; |
| 28 | |

      **WHEREAS**, on September 29, 2020, the Ninth Circuit granted Plaintiffs' motion for attorneys' fees and costs pursuant to 17 U.S.C. § 505 and awarded Plaintiffs $136,111.90 in attorney's fees and $318.00 in costs from Defendant Stolz, and issued its mandate to this Court [Dkt. 313];

      **WHEREAS**, on October 29, 2020, the Court ordered Defendants to deposit with the Court the amount satisfying the Amended Judgment and interest accrued as of October 13, 2020 [Dkt. 327];

      **WHEREAS**, on November 9, 2020, Defendants deposited $1,301,523.16 into the registry of the Court [Dkt. 336];

      **WHEREAS**, on November 20, 2020, the Court granted Plaintiffs' motion for attorneys' fees pursuant to 17 U.S.C. § 505, Fed. R. Civ. P. 69(a)(1), Cal. Civ. Code Proc. §§ 685.040, 685.070 and 685.080 and awarded Plaintiffs $230,178.50 in attorneys' fees and costs from Defendants [Dkt. 337];

      **WHEREAS**, on January 13, 2021, the Court entered a Second Amended Judgment, granting Plaintiffs the same relief awarded in the Amended Judgment, in addition to $17,515.80 in sanctions, $136,111.90 in attorneys' fees and $318.00 in costs pursuant to 17 U.S.C. § 505, and $230,178.50 in attorneys' fees and costs pursuant to 17 U.S.C. § 505, Fed. R. Civ. P. 69(a)(1), Cal. Civ. Code Proc. §§ 685.040, 685.070 and 685.080, and interest on $384,124.20 of the judgment calculated from the date of the Second Amended Judgment [Dkt. No. 350];

      **WHEREAS**, on January 14, 2021, the Court ordered Defendants to deposit with the Court the amount satisfying the Second Amended Judgment [Dkt. 352];

      **WHEREAS**, on February 2, 2021, Defendants deposited $384,150.00 into the registry of the Court [Dkt. 367];

      **WHEREAS**, on May 5, 2021, pursuant to a joint stipulation filed by the parties on April 29, 2021 [Dkt. 421], the Court ordered the release, no later than June 15, 2021, of the $1,685,673.16 that Defendants had deposited into the registry of the Court; and

**WHEREAS**, on May 7, 2021, the Court granted Plaintiffs' motion for attorneys' fees pursuant to 17 U.S.C. § 505, Fed. R. Civ. P. 69(a)(1), Cal. Civ. Code Proc. §§ 685.040, 685.070 and 685.080 and awarded Plaintiffs $103,358.50 in attorneys' fees and costs from Defendants [Dkt. 424];

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Pursuant to 17 U.S.C. § 504(c), Plaintiffs shall recover $330,000 in statutory damages from Defendants, jointly and severally.

2. Pursuant to 17 U.S.C. § 505, Plaintiffs shall recover $864,278.75 in attorneys' fees and $43,333.34 in non-taxable costs from Defendants.

3. Pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54, and L.R. 54-1 through 54-3, Plaintiffs shall recover $11,951.37 in taxable costs from Defendants.

4. Pursuant to Fed. R. Civ. P. 37(a)(5), Plaintiffs shall recover $17,515.80 in sanctions from Defendants.

5. Pursuant to 17 U.S.C. § 505, Plaintiffs shall recover $136,111.90 in attorneys' fees and $318.00 in costs from Defendant Stolz.

6. Pursuant to 17 U.S.C. § 505, Fed. R. Civ. P. 69(a)(1), Cal. Civ. Code Proc. §§ 685.040, 685.070 and 685.080, Plaintiffs shall recover $230,178.50 in attorneys' fees and costs from Defendants.

7. Plaintiffs are entitled to interest on $384,124.20 of the judgment, representing the additional sums owed by Defendants that were not included in the Amended Judgment, calculated from the date of the Second Amended Judgment through February 2, 2021, when Defendants deposited the full amount of the Second Amended Judgment into the registry of the Court.

8. Pursuant to 17 U.S.C. § 505, Fed. R. Civ. P. 69(a)(1), Cal. Civ. Code Proc. §§ 685.040, 685.070 and 685.080, Plaintiffs shall recover $103,358.50 in attorneys' fees and costs from Defendants.

9. Plaintiffs are entitled to interest on $103,358.50 of the judgment calculated from the date of this Third Amended Judgment, representing the additional sums owed by Defendants that were not included in the Second Amended Judgment.

10. Pursuant to 17 U.S.C. § 502, Defendants and their respective agents, servants, employees, attorneys, and those persons or entities in active participation and concert with them, are permanently enjoined from publicly performing, or causing or permitting to be publicly performed, any copyrighted musical composition owned by Plaintiffs or any copyrighted musical composition in the repertory of Plaintiffs' performing rights licensing organization, ASCAP, via radio broadcast on any radio station owned, operated, managed, and/or controlled by the Defendants, or via any other means of transmission to the public, without first obtaining prior authorization to do so, either directly from the copyright owners or by license from ASCAP, as their duly authorized nonexclusive licensing representative.

**IT IS SO ORDERED**.

Dated: May 20, 2021

THE HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE