# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., *et al.*,<br><br>*Defendants*. | Case No. 5:16-cv-00600-JGB-DTB<br><br>**ORDER TO RELEASE AND PAY FUNDS DEPOSITED WITH THE COURT** |

## ORDER

Pursuant to the parties' stipulation, the Court hereby ORDERS as follows:

The amount of $103,358.50 deposited with the Court in this action, including interest by agreement of the parties, shall be released by the Court and paid by check, payable to the "American Society of Composers, Authors and Publishers." The check shall be sent by the Court to Plaintiffs' Counsel at the following address by no later than July 15, 2021:

```
ASCAP
250 West 57th Street
New York, New York 10107
Attn: Jackson Wagener
```

IT IS SO ORDERED.

Dated: _____    By: _____
                                                               HON. JESUS G. BERNAL
                                                               United States District Judge