SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA  94111
Telephone: (415) 471-3100
Facsimile:  (415) 471-3400

LAURA E. WATSON (SBN 317155)
laura.watson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

JACKSON WAGENER (*pro hac vice*)
jwagener@ascap.com
American Society of Composers, Authors and Publishers
250 West 57th Street
New York, NY 10107
Telephone: (212) 621-6018
Facsimile: (212) 787-1381

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al. | Case No: 5:16-cv-00600-JGB(SPx) |
| Plaintiffs, | **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** |
| v. | **Jury Verdict: March 13, 2018** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | The Hon. Jesus G. Bernal |
| Defendants. | Courtroom: 1 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiffs WB Music Corp., *et al.* ("Plaintiffs") hereby give notice that the Third Amended Judgment entered on May 20, 2021 (Dkt. 429), in favor of Plaintiffs and against Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Edward R. Stolz, II in this action, has been satisfied. Plaintiffs therefore respectfully request that the Clerk of this Court make proper entries and recordings to effect full satisfaction of judgment.

Dated: July 23, 2021

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Sharon D. Mayo*
    Sharon D. Mayo

Sharon D. Mayo
Laura E. Watson
ARNOLD & PORTER KAYE SCHOLER LLP

Jackson Wagener (*pro hac vice*)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS

*Attorneys for Plaintiffs*

# CERTIFICATE OF CERTIFICATE

I am over eighteen years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 South Figueroa Street, Forty-Fourth Floor, Los Angeles, California 90017-5844.

I hereby certify that on **July 23, 2021** I electronically filed the documents entitled **ACKNOWLEDGEMENT OF SATISFACTION OF JUDGMENT** with the Clerk of the Court using the CM/ECF system and said document was served in the manner stated below:

☐ **By Mail (CCP § 1013.a, et seq.):** I enclosed said document(s) in a seal envelope or package to each addressee listed below. I placed said envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. postal service with postage fully prepaid.

☑ **By Court Via Notice of Electronic Filing (NEF):** The document(s) was served by the court via NEF and hyperlink to the document. On **July 23, 2021**, I checked the CM/ECF docket for this case or adversary proceeding and determined that the person(s) listed below is/are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

| | |
|---|---|
| G. Scott Sobel | GScottSobel@gmail.com |
| Fred D. Heather | fheather@glaserweil.com |
| Rory S. Miller | rmiller@glaserweil.com |

**By Electronic Service (E-mail)  (CRC § 2.251(c)(3))**:

I caused the document(s) to be sent from e-mail address Guadalupe.saldana@arnoldporter.com to each addressee's email address as set forth above or on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ I caused the document(s) to be served upon the above-interested party(ies) using a court approved electronic filing service provider to the electronic service address.

☐ **By Overnight Delivery (CCP §§ 1013(c)(d), et seq.):** I enclosed said document(s) in a sealed envelope or package provided by an overnight delivery carrier to the following address(es). I placed the envelope or package, delivery fees paid for, for collection and overnight delivery at our office for pick up by the carrier on the same day.

☐ **By Personal Service**: I enclosed said document(s) in a sealed envelope or package to the following address(es). I provided them to a professional messenger service for service to be delivered by hand to the offices of the addressee(s).

☐ **State**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☑ **Federal**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Dated: July 23, 2021        Signature:    *Lupe Saldana*

                                            Lupe Saldana