## Declaration of Edward R. Stolz

I, Edward Stolz, hereby declare as follows:

1.      I am an adult over the age of 18 years and am an authorized agent of Defendants.

2.      The facts stated in this declaration are known to me personally, and I would and could competently testify thereto if called as a witness.

3.      I am an experienced broadcasting engineer, and have provided consulting, construction, maintenance and technical services on behalf of numerous broadcasting stations in the United States. I have been licensed by the Federal Communications Commission as a First Class Radiotelephone licensee since 1970 and as an Amateur Extra Class radio operator since 1960, and constructed my first FM broadcast station in 1971 and first commercial broadcast station in 1976. My qualifications are a matter of record with the Federal Communications Commission.

4.      I have been asked to state facts related to the allegations of VCY America, regarding their election to commit to providing " repairs" or "improvements" at KREV, KFRH, and/or KRCK.

5.      I have personally constructed and maintained each of these stations within and exceeding the industry's "Standards of Good Engineering Practice". These standards are promulgated by the National Association of Broadcasters and the Society of Broadcast Engineers, assuring the efficient and compliant use of the broadcasting spectrum, under the Rules of the FCC as well as under contemporary scientific and engineering standards.

6.      Each of these stations were personally known to me to meet and to exceed these standards, as of February 27, 2021. No "repairs" of any consequence, were either required or advisable.

7.      Typically, broadcasting stations require both a <u>Studio</u> from which programming or talent originates, and a <u>Transmitter Site</u>, from which the signal heard by the public, is widely disseminated. Most transmitter sites are located at an isolated and unpopulated mountaintop, as is also true with KREV, KFRH and KRCK. The programming and talent content must be conveyed from the Studio to the Transmitter Site, by use of a point-to-point microwave system. Point-to-point microwave, also known as a studio-transmitter link, does not require telephone or internet lines. As such, it is by far the most reliable, albeit the most expensive means by which to convey programming to an isolated mountaintop location.

8.      KREV, KFRH and KRCK each maintained fully-equipped Studio buildings within their communities. Each has elected to convey its programming to its isolated mountaintop transmitters by way of point-to-point microwave studio-transmitter links. These have proven to be essentially 100% reliable, without reliance upon third parties' outages and downtime, which outages are commonplace with telephone and internet services.

9.      VCY America does not maintain Studios in its communities. I understand they have may have obtained a waiver of these FCC Rules, based upon their "non-taxed, educational", status.

10.     VCY originates its program in the U.S. Midwest as it does not care to provide local public access to its communities. There is therefore no local Studio building from which to launch a microwave studio-transmitter link signal. I understand that they have instead chosen to deploy a simple "wireless WiFi" service to bring internet to these locations. Using this economical service, and in the absence of "wired" telephone or internet services at a given location, one may use a simple "decoder" to recreate and thus convey programming to the Transmitter Site, subject to outages and various degradations.

11.     These alternative WiFi and internet services, where they are even available, rent for less than $100 per month.  Point-to-point microwave studio-transmitter link systems, on the other hand, must be purchased.  These systems sell for $10,000 - $30,000 and more.  In my personal experience and to that of my peers, the latter is the far more reliable, robust, and sonically-pleasing means to convey programming.

12.     All equipment and functions at each of the said broadcasting stations was compliant with the Rules and with standards of Good Engineering Practice, as of February 27, 2021.  No repairs were necessary, and no further improvements were warranted.  It is certainly true that severing of the stations' microwave studio-transmitter links and other equipment, as was done by VCY, was not an upgrade.

13.     I have personal knowledge of the pay process for the subject broadcasting stations.  HR receives time-cards filled-out and signed by staff who provided services, by a defined due-date.  HR then compiles checks which are forwarded to me for my signature, and for my immediate distribution to the respective pay-unit and its personnel via US Mail, Federal Express, or other recognized delivery service.  I have personally signed and immediately forwarded these pay packages, without fail.  This identical system has been in place and has operated reliably since the 1990s.

14.     VCY America now alleges that James Palomares and Albert Ramirez failed to receive their pay from July, 2020 to March 1, 2021.  This allegation is false.  There is not one instance where this would be true, much less, "many" instances of shortage, as VCY alleges.

Signed August 10, 2021

Edward R. Stolz

3