**cc: FISCAL**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP., et al., | CASE NO.: 5:16-cv-00600-JGB (SPx) |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **ORDER APPROVING RECEIVER'S FINAL REPORT AND ACCOUNTING AS TO ALL DEFENDANTS EXCEPT SILVER STATE BROADCASTING, LLC, AND GOLDEN STATE BROADCASTING AND AWARDING FEES AND COSTS** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | |
| Defendants. | DATE:        February 27, 2023 |
| | TIME:        9:00 a.m. PST |
| | COURTROOM:   Dept. 1 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Before the Court is RECEIVER W. LAWRENCE PATRICK'S MOTION FOR AN ORDER APPROVING OF RECEIVER'S FINAL REPORT AND ACCOUNTING AS TO ALL DEFENDANTS EXCEPT SILVER STATE BROADCASTING, LLC, AND GOLDEN STATE BROADCASTING AND AN AWARD OF FEES AND COSTS. ("Motion," Dkt. No. 503.)

The Court, having reviewed the Motion and all papers submitted in support thereof, and there being no opposition filed, and good cause appearing thereof, hereby (1) approves the Receiver's Final Accounting and Report in its entirety, (2) approves payment of the Receiver's fees as well as his counsels' fees and costs as reflected in the chart below, (3) retains jurisdiction pending a final accounting as to Silver State Broadcasting, LLC, and Golden State Broadcasting and (4) retains jurisdiction to award additional fees and costs that may be further incurred.

| | Previously Awarded | Additional Request | Total |
|---|---|---|---|
| Receiver | $139,122.06 | $120,000.00 | $259,122.06 |
| Glaser Weil, LLP | $333,680.54 | $658,108.63 | $991,789.17 |
| Sciarrino & Shubert, PLLC | $117,537.50 | $91,691.67 | $209,229.17 |
| Fox Rothschild LLP | N/A | $617,936.55 | $617,936.55 |

**IT IS SO ORDERED.**

DATED:   February 22, 2023

UNITED STATES DISTRICT JUDGE