Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Telephone: (831) 331-9909/Facsimile: (815) 301-6556
Email: donald@lawofficedonaldschwartz.com

Attorneys for Defendants
Royce International Broadcasting
Corporation, Playa Del Sol Broadcasters,
Silver State Broadcasting, LLC, Golden
State Broadcasting, LLC, and Edward R.
Stolz, II

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| W.B. MUSIC, INC., et al<br><br>Plaintiffs<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING INC. et. al.<br><br>Defendants. | Case No. 5:16-cv-00600-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DECLARATION OF DONALD CHARLES SCHWARTZ, ESQ. IN OPPOSITION TO EX PARTE APPLICATION FOR WRIT OF ATTACHMENT; NOTICE OF BANKRUPTCY**<br><br>**Date: May 5, 2023**<br>**Time: 2:00 p.m.**<br>**Dept: Hon. Jesus Bernal** |

I, Donald Charles Schwartz, declare:

I am counsel in this action for all defendants herein.

I have notified movants' counsel of defendants' opposition to the application for writs of attachment on each of the following grounds:

1. Defendants are informed and believe that the amounts sought to be collected are pending claims in the United States Bankruptcy Court, District of Nevada in the related Silver State and Golden State bankruptcies.

2. Defendants have no proposed writs of attachment so it is not known what assets are proposed to be attached. Likely, these are assets under the jurisdiction of the United States Bankruptcy Court, District of Nevada and might be subject to the contempt powers of that Court.

3. These parties also object because there is no jurisdiction shown for the establishment of this receivership resultant from the Receiver never verifying that he has taken the oath of office as ordered by this Court.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated May 5, 2023.

Respectfully submitted,

*/s/ **Donald Charles Schwartz***
Donald Charles Schwartz, Esq.
Associated Attorney for Defendants

1