UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ROYCE INTERNATIONAL BROAD-CASTING CORP., et al.,<br><br>　　　　　　Defendants. | Case No. 5:16-cv-00600-JGB-SPx<br><br>**ORDER GRANTING EX PARTE APPLICATION FOR ISSUANCE OF WRIT OF EXECUTION AS TO ALL DEFENDANTS EXCEPT SILVER STATE BROADCASTING LLC AND GOLDEN STATE BROADCASTING LLC** |

# ORDER

The ex parte application of receiver W. Lawrence Patrick ("Receiver") for issuance of writ of execution as to all defendants except Silver State Broadcasting LLC and Golden State Broadcasting LLC (the "Application") is **GRANTED**.

IT IS HEREBY ORDERED that:

1. The Receiver may enforce this Court's fee orders (Doc. 486 and Doc. 507) (the "Fee Orders") as a judgment.

2. Writs of execution shall be issued as against Defendants Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, and Edward R Stolz, II along with any further documents requested by the Receiver in aid of enforcement of the Fee Orders.

Dated: May 9, 2023.

The Honorable Jesus G. Bernal
United States District Judge