ORIGINAL

*WHEN RECORDED MAIL TO:*

Jack Praetzellis (SBN 267765)
Nicholas Koffroth (SBN 287854)
Fox Rothschild LLP
345 California Street, Suite 2200
San Francisco, CA 94104

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| WB MUSIC CORP, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), v. | CV 5:16-cv-00600-JGB-SPx |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., DEFENDANT(S). | ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on May 9, 2023
in favor of Receiver W. Lawrence Patrick
whose address is c/o Fox Rothschild LLP, attn: Jack Praetzellis, 345 California St, #2200, San Francisco, CA 94104
and against Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, and Edward R. Stolz, II
whose last known address is c/o Donald C. Schwartz, 7960-B Soquel Drive, No. 291, Aptos, CA 95003
for $ 2,078,076.95 Principal, $ 4,782.59 Interest, $ 0 Costs,
and $ 0 Attorney Fees.

ATTESTED this      11th      day of      May      , 20 23.

Judgment debtor's driver's license no. and state; _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number; _____ (last 4 digits) ☑ Unknown.

☑ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or
address at which summons was served:

Donald C. Schwartz

7960-B Soquel Drive. No. 291

Aptos, CA 95003

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk
RENICO SMITH

1174

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)                            ABSTRACT OF JUDGMENT/ORDER