Donald Charles Schwartz, Esq. (SBN 122476)
Law Office of Donald C. Schwartz
7960-B Soquel Drive, No. 291
Aptos, CA 95003
Telephone: (831) 331-9909/Facsimile: (815) 301-6556
Email: donald@lawofficedonaldschwartz.com

Attorney for Defendants
Royce International Broadcasting
Corporation, Playa Del Sol Broadcasters,
and Edward R. Stolz, II

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| W.B. MUSIC, INC., et al<br><br>Plaintiffs<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING INC. et. al.<br><br>Defendants. | Case No. 5:16-cv-00600-JGB-SP<br><br>Hon. Jesus G. Bernal<br><br>**DEFENDANTS ROYCE INTERNATIONAL BROADCASTING CORPORATION, PLAYA DEL SOL BROADCASTERS AND EDWARD R. STOLZ, II NOTICE OF ERRATA RE: MOTION FOR RELIEF FROM ORDER ESTABLISHING RECEIVERSHIP AB INITIO, SECOND AND THIRD AMENDED JUDGMENTS, JUNE 21, 2021 ORDER AND FINAL ACCOUNTING ORDER OF FEBRUARY 22, 2023**<br><br>**FRCP RULE 60(b)**<br><br>Date: 9/25/2023<br>Time: 9:00 AM<br>Ctrm: 1 |

1   PLEASE TAKE NOTICE that in filing the Motion to Set Aside Orders and Judgment
2   pursuant to F.R.C.P. Rule 60 (dckt 515) movants Royce International Broadcasting
3   Corporation, Playa Del Sol Broadcasters, and Edward R. Stolz, II erroneously stated that the
4   motion was also on behalf of defendants Silver State Broadcasting, LLC and Golden State
5   Broadcasting, LLC. The Motion to Set Aside Orders and Judgment (dckt 515) is not made on
6   behalf of Silver State Broadcasting, LLC and Golden State Broadcasting, LLC since these
7   entities are under the jurisdiction of the United States Bankruptcy Court, Nevada District.

Dated: September 19, 2023

Respectfully submitted,

/s/ **Donald Charles Schwartz**

Donald Charles Schwartz, Esq.
Attorney for Royce International Broadcasting Corporation, Playa Del Sol Broadcasters, and Edward R. Stolz, II

**Proof of Service**: As set forth through the United States District Court ECF System

Dated: 9/19/23        */s/ Donald Charles Schwartz*

1
Defendants' Rule 60 Motion - Withdrawal