GARMAN TURNER GORDON LLP
WILLIAM M. NOALL, ESQ.
California Bar No. 122244
E-mail: wnoall@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000

*Attorneys for Michael Carmel,
Chapter 11 Trustee of the Bankruptcy
Estates of Silver State Broadcasting, LLC
and Golden State Broadcasting, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| WB MUSIC CORP. et al.,<br><br>            Plaintiff,<br><br>v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., et al.,<br><br>            Defendants. | CASE NO.: 5:16-cv-00600-JGB |

**STATUS REPORT FROM DEBTORS**

The Chapter 11 bankruptcy cases of debtors Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC (collectively, the "Debtors") were commenced on October 19, 2021, in the United States Bankruptcy Case for the District of Nevada (the "Bankruptcy Court").

On March 10, 2023, Michael Carmel was appointed by the Bankruptcy Court as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC. The Trustee's general counsel is the law firm Garman Turner Gordon LLP.

Defendants in this action, Silver State Broadcasting, LLC and Golden State Broadcasting, LLC (collectively, "Silver and Golden State") are among the entities whose assets the Trustee was

appointed to administer. The automatic stay imposed by operation of 11 U.S.C. § 362(a) remains in place with respect to Silver and Golden State. For the avoidance of doubt, only the Trustee may cause Silver State or Golden State to take action in this Case. Mr. Schwartz has not been employed as counsel for either Silver or Golden State in the Bankruptcy proceedings, and has no authority to file any pleadings in this case on behalf of either of those entities. The Trustee has not been appointed over any other defendant in this Case.

A *Notice of Appearance* by Trustee's counsel has been filed contemporaneously herewith, using the Court's Official Form.

DATED this the 20TH day of September, 2023.

GARMAN TURNER GORDON LLP

By: _____
WILLIAM M. NOALL, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel,*
*Chapter 11 Trustee of the Bankruptcy*
*Estates of Silver State Broadcasting, LLC*
*and Golden State Broadcasting, LLC*