SHARON D. MAYO (SBN 150469)
sharon.mayo@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111
Telephone: (415) 471-3100
Facsimile: (415) 471-3400

LAURA E. WATSON (SBN 317155)
laura.watson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

JACKSON WAGENER (*pro hac vice*)
jwagener@ascap.com
American Society of Composers, Authors and Publishers
250 West 57th Street
New York, NY 10107
Telephone: (212) 621-6018
Facsimile: (212) 787-1381

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WB MUSIC CORP., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORP., et al.,<br><br>    Defendants. | Case No: 5:16-cv-00600-JGB(SPx)<br><br>**PLAINTIFFS' REQUEST TO APPEAR REMOTELY VIA ZOOM OR TELEPHONE AT DEFENDANTS' MOTION FOR RELIEF FROM ORDER ESTABLISHING RECEIVERSHIP AB INITIO, SECOND AND THIRD AMENDED JUDGMENTS, JUNE 21, 2021 ORDER AND FINAL ACCOUNTING ORDER OF FEBRUARY 22, 2023**<br><br>Hearing Date:  September 25, 2023<br>Time:                9:00 a.m.<br>Judge:               Hon. Jesus G. Bernal<br>Courtroom:        1 |

Counsel for Plaintiffs WB Music Corp., But Father I Just Want to Sing Music, Hunterboro Music, Universal Polygram International Publishing, Inc., Sony/ATV Tunes LLC, Obverse Creation Music, Nice Hair Publishing, Party Rock Music, Yeah Baby Music, ESKAYWHY Publishing, Uh Oh Entertainment, Divine Mill Music, Fingaz Goal Music, EMI April Music Inc., Hi Mom I Did It, Chebra Music, and Universal Music Corp. ("Plaintiffs") respectfully requests that they be allowed to appear via Zoom or telephone at the September 25, 2023 hearing on Defendants' Motion for Relief from Order Establishing Receivership *Ab Initio*, Second and Third Amended Judgments, June 21, 2021 Order, and Final Accounting Order of February 22, 2023, pursuant to Rule 60 of the Federal Rules of Civil Procedure ("Rule 60 Motion"). Plaintiffs' counsel will be out of state on a trip scheduled and paid for long before Defendants filed the Rule 60 Motion, and also seeks to avoid incurring unnecessary travel costs. Accordingly, Plaintiffs respectfully request that their counsel be allowed to appear via Zoom or telephone at this hearing.

Dated: September 20, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

By: */s/ Sharon D. Mayo*
    Sharon D. Mayo

Sharon D. Mayo
Laura E. Watson
ARNOLD & PORTER KAYE SCHOLER LLP

Jackson Wagener (*pro hac vice*)
AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2023, the following document described as: **PLAINTIFFS' REQUEST TO APPEAR REMOTELY VIA ZOOM OR TELEPHONE AT DEFENDANTS' MOTION FOR RELIEF FROM ORDER ESTABLISHING RECEIVERSHIP AB INITIO, SECOND AND THIRD AMENDED JUDGMENTS, JUNE 21, 2021 ORDER AND FINAL ACCOUNTING ORDER OF FEBRUARY 22, 2023** was filed with the Clerk of the United States District Court for the Central District of California using the court's electronic filing system (ECF), in compliance with Civil L.R. 5-1.  The ECF system serves a "Notice of Electronic Filing" to all parties and counsel who have appeared in this action and who have consented under Civil L.R. 5-1 to accept that Notice as service of this document.

                                              */s/ Vicky Apodaca*