

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

**FILED**

NOV 6 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 23-3323 |
| Originating Case Number: | 5:16-cv-00600-JGB-SP |
| Short Title: | WB Music Corp., et al. v. Royce International Broadcasting Corporation, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 23-3323
Originating Case Number: 5:16-cv-00600-JGB-SP

Case Title: WB Music Corp., et al. v. Royce International Broadcasting Corporation, et al.

**Monday, November 13, 2023**

| | |
|---|---|
| Royce International Broadcasting Corporation | Mediation Questionnaire due |
| Playa Del Sol Broadcasters | Mediation Questionnaire due |
| Edward R. Stolz | Mediation Questionnaire due |

**Wednesday, November 15, 2023**

| | |
|---|---|
| Royce International Broadcasting Corporation | Appeal Transcript Order Due |
| Playa Del Sol Broadcasters | Appeal Transcript Order Due |
| Edward R. Stolz | Appeal Transcript Order Due |

**Friday, December 15, 2023**

| | |
|---|---|
| Royce International Broadcasting Corporation | Appeal Transcript Due |
| Playa Del Sol Broadcasters | Appeal Transcript Due |
| Edward R. Stolz | Appeal Transcript Due |

**Wednesday, January 24, 2024**

| | |
|---|---|
| Royce International Broadcasting Corporation | Appeal Opening Brief Due |
| Playa Del Sol Broadcasters | Appeal Opening Brief Due |
| Edward R. Stolz | Appeal Opening Brief Due |

**Friday, February 23, 2024**

| | |
|---|---|
| WB Music Corp. | Appeal Answering Brief Due |
| But Father I Just Want to Sing Music | Appeal Answering Brief Due |
| Hunterboro Music | Appeal Answering Brief Due |
| Universal Polygram International Publishing, Inc. | Appeal Answering Brief Due |
| Sony ATV Tunes LLC | Appeal Answering Brief Due |
| Obverse Creation Music | Appeal Answering Brief Due |
| Nice Hair Publishing | Appeal Answering Brief Due |
| Party Rock Music | Appeal Answering Brief Due |
| Yeah Baby Music | Appeal Answering Brief Due |
| Eskaywhy Publishing | Appeal Answering Brief Due |
| UH OH Entertainment | Appeal Answering Brief Due |
| Divine Mill Music | Appeal Answering Brief Due |
| Fingaz Goal Music | Appeal Answering Brief Due |
| EMI April Music Inc. | Appeal Answering Brief Due |
| Hi Mom I Dit It | Appeal Answering Brief Due |
| Chebra Music | Appeal Answering Brief Due |
| Universal Music Group, Inc. | Appeal Answering Brief Due |
| W. Lawrence Patrick | Appeal Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**