FRED D. HEATHER - State Bar No. 110650
fheather@glaserweil.com
AARON P. ALLAN - State Bar No. 144406
aallan@glaserweil.com
GLASER WEIL FINK HOWARD
   JORDAN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Court-Appointed Receiver
W. Lawrence Patrick

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WB MUSIC CORP., et al., | CASE NO.: 5:16-cv-00600-JGB (SPx) |
| Plaintiffs, | Hon. Jesus G. Bernal |
| v. | **ORDER APPROVING RECEIVER W. LAWRENCE PATRICK'S SUPPLEMENTAL REQUEST FOR AN AWARD OF FEES AND COSTS** |
| ROYCE INTERNATIONAL BROADCASTING CORP., et al., | |
| Defendants. | DATE:        February 12, 2024 |
| | TIME:        9:00 a.m. PST |
| | COURTROOM:    Dept. 1 |

Glaser Weil

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Before the Court is Receiver Lawrence Patrick's motion for approval of his supplemental request for an award of attorneys' fees and costs.  ("Motion," Dkt. No. 542.)

The Court, having reviewed the Motion, all papers submitted in support thereof, and there being no opposition filed, and good cause appearing therefor, hereby (1) grants the Motion and approves the Receiver W. Lawrence Patrick's supplemental request for an award of fees and costs as reflected below, and (2) retains jurisdiction to award additional fees and costs as they may be further incurred.  The Court vacates the February 12, 2024 hearing.

- Glaser Weil Fink Howard Jordan & Shapiro, LLP: $185,715.50;
- Fox Rothschild LLP: $181,809.57;
- Receiver W. Lawrence Patrick: $225,897.64

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:  January 31, 2024