UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WB MUSIC CORP.; et al.,<br><br>    Plaintiffs - Appellees,<br><br> v.<br><br>ROYCE INTERNATIONAL BROADCASTING CORPORATION; et al.,<br><br>    Defendants - Appellants,<br><br>---------------------------------------<br><br>W. LAWRENCE PATRICK,<br><br>    Receiver - Appellee. | No. 23-3323<br><br>D.C. No. 5:16-cv-00600-JGB-SP<br>Central District of California, Riverside<br><br>ORDER |

The mandate issued on August 29, 2024 is recalled as issued in error.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT