FILED

JAN 14 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WB MUSIC CORP.; et al., | No. 23-3323 |
| Plaintiffs - Appellees, | D.C. No. 5:16-cv-00600-JGB-SP |
| v. | Central District of California, Riverside |
| ROYCE INTERNATIONAL BROADCASTING CORPORATION; et al., | MANDATE |
| Defendants - Appellants, | |
| -------------------------------------- | |
| W. LAWRENCE PATRICK, | |
| Receiver - Appellee. | |

The judgment of this Court, entered August 29, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued as to all parties except appellant Edward R. Stolz, pursuant to Rule 41(a) of the Federal Rules of Appellate Procedurepursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT